# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTY S., <br><br>        Plaintiff, <br><br>    v. <br><br>KILOLO KIJAKAZI, <br>Acting Commissioner of Social Security, <br><br>        Defendant. | Case No. EDCV 21-00390-JEM <br><br>**AMENDED JUDGMENT** |

    In accordance with the Amended Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with the Amended Memorandum Opinion and Order and with law.

DATED: June 13, 2022

                                                          */s/ John E. McDermott* <br>
                                                        JOHN E. MCDERMOTT <br>
                                         UNITED STATES MAGISTRATE JUDGE