STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KITTY SMITH, | Case No. 5:21-cv-00390-JEM |
| Plaintiff, | **ORDER** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

1   Based upon the parties' Stipulation for the Award and Payment of Attorney
2  Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), **IT IS**
3  **ORDERED** that fees in the amount of $3,300.00 as authorized by 28 U.S.C.
4  § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED: 8/29/22

HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE